No. 91–866. ADAMS ET AL. *v.* LTV STEEL MINING CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–868. ROBINSON *v.* POURCIAU ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–870. PEIGHTAL *v.* METROPOLITAN DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–874. BELLEVILLE INDUSTRIES, INC. *v.* LUMBERMENS MUTUAL CASUALTY CO. C. A. 1st Cir. Certiorari denied.

No. 91–878. JOYNER ET AL. *v.* HEWITT ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–879. KOREAN UNITED PRESBYTERIAN CHURCH OF LOS ANGELES *v.* PRESBYTERY OF THE PACIFIC ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–881. TONY P. SELLITTI CONSTRUCTION CO. *v.* CARYL, TAX COMMISSIONER, STATE TAX DEPARTMENT OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–890. FARBER *v.* COMMITTEE ON LEGAL ETHICS OF THE WEST VIRGINIA STATE BAR. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–901. MADERO DEVELOPMENT & CONSTRUCTION CO., INC., ET AL. *v.* CITY OF EL PASO, TEXAS, ET AL. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 91–903. MURRAY ET AL. *v.* STUCKEY'S INC. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–912. ULVIN ET AL. *v.* NORTHWESTERN NATIONAL LIFE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 91–920. ROWLAND ET VIR *v.* PATTERSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–921. ATUN, C. A. *v.* LUCAS. C. A. 9th Cir. Certiorari denied.